IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **LAMARCUS THOMAS,** | ) |
| **Plaintiff,** | ) |
| v. | ) CIVIL ACTION NO. 5:14-CV-235 (MTT) |
| **Warden CHATMAN,** | ) |
| **Defendant.** | ) |

## ORDER

Before the Court is the Report & Recommendation of Magistrate Judge Stephen Hyles. (Doc. 7). The Magistrate Judge recommends the Court deny the Plaintiff's motion for preliminary injunction (Doc. 3) because the Plaintiff cannot establish the substantial likelihood of success on the merits of any claim.

The Plaintiff has not filed an objection to the Magistrate Judge's Recommendation. The Court has reviewed the Recommendation, and the Recommendation is adopted and made the **ORDER** of the Court. The Plaintiff's motion for preliminary injunction is **DENIED**.

**SO ORDERED**, this 5th day of August, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT