IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| LAMARCUS THOMAS, | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| VS. | : | |
| | : | NO. 5:14-CV-0235-MTT-MSH |
| | : | |
| Warden CHATMAN | : | |
| | : | |
| **Defendant** | : | |

_____

## ORDER

Plaintiff **LAMARCUS THOMAS**, a state prisoner, initiated the present *pro se* civil rights action under 42 U.S.C. § 1983 while confined at the Georgia Diagnostic and Classification Prison in Jackson, Georgia.   In an order dated June 30, 2014, the United States Magistrate Judge directed Plaintiff to file a pauper's affidavit, certified copy of his trust account statement, and recast complaint on the Court's standard form.   Plaintiff was given twenty-one days to comply and advised that a failure to comply with the order may result in the dismissal of his complaint.   When Plaintiff nonetheless failed to comply, the Magistrate Judge ordered Plaintiff to respond and show cause why his lawsuit should not be dismissed.   The time for responding to the Show Cause Order (Doc. 8) has now passed, and Plaintiff has again failed to comply with an order of the Court.

Plaintiff's failure to comply with (or even respond to) these orders leads the Court to believe that he is no longer interested in pursuing this case.   Plaintiff's Complaint is accordingly **DISMISSED**.   *See* Fed. R. Civ. P. 41.   This dismissal is without prejudice.

**SO ORDERED**, this 15th day of September, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

jlr